No. 314. SMITH *v.* RAGEN, WARDEN. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 315. ADAMS *v.* RAGEN, WARDEN. October 14, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 326. WOODS *v.* RAGEN, WARDEN; and

No. 327. DAVIS *v.* RAGEN, WARDEN. October 14, 1946. Petitions for writs of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 329. FLOOD *v.* NEW YORK. October 14, 1946. Petition for writ of certiorari to the County Court of Westchester County, New York, denied.

No. 332. COLEMAN *v.* RAGEN, WARDEN; and

No. 333. WILSON *v.* RAGEN, WARDEN. October 14, 1946. Petitions for writs of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 337. PIOTROWSKI *v.* NEW YORK. October 14, 1946. Petition for writ of certiorari to the Supreme Court of Erie County, New York, denied.

No. 348. SEXTON *v.* NIERSTHEIMER, WARDEN. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Randolph County, Illinois, denied.